IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANDREA YAMALATH RISHMAWY, | |
| Petitioner, | CIVIL ACTION NO.: 4:21-cv-35 |
| v. | |
| JAIME VERGARA; and LAUREN BROOKS, | |
| Respondents. | |

**O R D E R**

THIS CAUSE is before the Court on Petitioner's Amended Request for Service by the United States Marshal, (doc. 33), which was filed on February 11, 2021. It is hereby ORDERED that the Amended Request is **GRANTED** as follows:

The United States Marshal is **DIRECTED** to effect service of the Verified Petition, (doc. 1); Notice of Appearance of Petitioner's counsel, (doc. 4); Petitioner's Request for Expedited Consideration of Verified Petition, (doc. 5); the Certificate of Counsel for Petitioner's Request for Expedited Consideration, (doc. 6); Petitioner's Request for Service by United States Marshals Service, (doc. 7); Order For Expedited Review and Service by United States Marshal, (doc. 9); Plaintiff's Emergency Motion to Prevent Departure Order and for Denial of Passport Services, (doc. 12); Order Preventing Departure and Denial of Passport Services, (doc. 13); Affidavit of Returned Un-executed Summons, (doc. 15); Order for Case Transfer to the U.S. District Court for the Southern District of Georgia, (doc. 19); Entry of Appearance of Petitioner's Counsel, (doc. 22); Order Granting Pro Hac Vice Appearance for attorney Michael Manely, (doc. 27); Order Granting Pro Hac Vice Appearance for Attorney Laura Arcaro, (doc. 28); Petitioner's Motion for

Hearing, (doc. 32); Petitioner's Amended Motion for Request for Service by United States Marshal, (doc. 33); Petitioner's Motion for Injunctive Relief, (doc. 34); Petitioner's Motion for Show Cause Hearing, (doc. 35); Temporary Restraining Order, (doc. 37); Order for Initial Hearing, (doc. 38); and a copy of this Order, on Respondents **JAIME VERGARA** and **LAUREN BROOKS**, who are believed to be residing at **4 Blackgum Lane, Savannah, Georgia 31411**.

The United States Marshal is **AUTHORIZED** and **DIRECTED** to serve and enforce this Court's Order in the daytime or the nighttime in order to effectuate the provisions of the Order and is **AUTHORIZED** to call upon the force of the county for such purposes if the same, in his judgment, is needed. The United States Marshal shall serve this Order immediately and not delay its execution.

**SO ORDERED**, this 17th day of February, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA