# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANDREA YAMALATH RISHMAWY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV421-035 |
| JAIME VERGARA and LAUREN BROOKS, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

At the request of the parties, a settlement conference has been scheduled for Wednesday, March 10, 2021. The parties are **DIRECTED** to appear via videoconference before the undersigned at 9:00 a.m. Eastern Standard Time on the scheduled date. The parties will each be given twenty minutes to present opening statements in a joint meeting before being broken into separate caucus rooms. Instructions for participating in the videoconference will be provided by the Court in advance of the settlement conference.

The parties have expressly asked the Court to assist them in trying to resolve the **entire** scope of the dispute between them (including, for

example, the substance of the custody arrangements for the minor child A.V.R.) By necessity, this process will involve discussion of matters that are broader than the pending Hague Convention petition and possibly outside the Court's jurisdiction. The Court has informed the parties that any global resolution of their dispute will likely include terms that would be beyond the authority of this Court to order or enforce. As such, the parties may well find themselves having to enforce, dispute or ratify any agreement they may reach here in other fora at a later date and time. Counsel for all parties have acknowledged these less than ideal circumstances but nonetheless represent that their clients still wish to proceed in an effort to fully resolve this controversy.

In order to ensure the greatest opportunity for success in this process, the parties are **DIRECTED** to submit *ex parte* position letter briefs to the undersigned by noon on Monday, March 8, 2021. The briefs shall not exceed 15 pages of single-spaced substantive content. They may by accompanied by up to 30 pages of exhibits. All exhibits in a language other than English should include an English translation. At a minimum, the submissions should address the following topics: (1) any jurisdictional issues; (2) the basic procedural history of the dispute; (3) the substance,

relevance and enforceability the Honduran custody/settlement agreement; (4) a frank assessment of the Hague Convention on the Civil Aspects of Child Abduction/International Child Abduction Remedies Act dispute and the anticipated disposition by this Court if the parties do not settle; (5) a full history of any prior efforts by the parties to resolve this dispute; (6) a statement of the parties' goals, best-case scenario, worst-case scenario, and an honest assessment of how you believe the ongoing custody and support dispute as to A.V.R. will eventually play out if it is not settled here; and, (7) a specific, detailed and conciliatory proposal that you would be prepared to make to the opposing party at the settlement conference which would resolve not only Hague Convention dispute but which would fully govern the custody and support arrangements for the minor child until an appropriate age in adulthood.  Briefs should be submitted via email to the undersigned's Courtroom Deputy Clerk Molly Davenport at molly_davenport@gas.uscourts.gov.

The parties have invited the Court to referee a controversy which is technically beyond its mandate.  The Court has reluctantly accepted this invitation because a global resolution appears to be in the best interest of the parties (and the minor child) and likely represents the most efficient

use of resources. **To that end, the Court expects the parties to come to this conference fully engaged in the mindset of compromise. The parties must be prepared to make significant, material, concessions to their current positions if this matter is to be resolved. Failure to engage in this process fully may subject an offending party and counsel to sanction.**

    **SO ORDERED**, this 2nd day of March, 2021.

                                          */s/ Christopher L. Ray*
                                          CHRISTOPHER L. RAY
                                          UNITED STATES MAGISTRATE JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA